Sᴍɪᴛʜ, Plaintiff and Respondent, vs. Pᴀʟᴍᴇʀ and another, Appellants: Sᴍɪᴛʜ and another, Interpleaded Defendants and Respondents.

For the appellants: *John W. O'Leary* and *Elbert Joyce*, both of Neenah.

For the respondent Mary Smith: *Lloyd B. Bongsto* of Green Bay.

For the respondents Barth Smith and American Automobile Insurance Company: *M. E. Davis* of Green Bay.

*By the Court.*—Judgment affirmed.

Gʀᴇʙ, Appellant, vs. Gʀᴇʙ and others, Respondents.

For the appellant: *Geo. W. Taylor,* attorney, and *Matt Taylor* of counsel, both of Kenosha.

For the respondents: *Foley & Brach* of Racine.

*By the Court.*—Judgment affirmed.

Sɪᴛᴢʙᴇʀɢᴇʀ, Appellant, vs. Iɴᴅᴜsᴛʀɪᴀʟ Cᴏᴍᴍɪssɪᴏɴ and others, Respondents.

For the appellant: *L. J. Fellenz* of Fond du Lac.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.